1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRENDA FIELLEN** | Case No.  CIV-09-2496  EFB |
| **Plaintiff,** | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE**<br>**Commissioner of Social Security**<br>**of the United States of America,** | |
| **Defendant.** | |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from April 5, 2010, to June 4, 2010.  This is Plaintiff's first extension and is required due to Plaintiff's counsel's impacted briefing schedule.

/ / / /

/ / / /

/ / / /

1

| | |
|---|---|
| Dated: April 5, 2010 | */s/Bess M. Brewer*<br>BESS M. BREWER<br>Attorney at Law |
| | Attorney for Plaintiff |
| Dated: April 5, 2010 | Benjamin B. Wagner<br>United States Attorney<br>/s/ *Kathryn Watson*<br>KATHRYN WATSON<br>Special Assistant U.S. Attorney<br>Social Security Administration |
| | Attorney for Defendant |

**ORDER**

APPROVED AND SO ORDERED. However, in light of the length of this extension, plaintiff is admonished that no further extensions will be granted to plaintiff in this case absent a showing of good cause.

DATED: April 8, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2