1 | BESS M. BREWER, #100364
LAW OFFICE OF
2 | BESS M. BREWER & ASSOCIATES
P.O. Box 5088
3 | Sacramento, CA 95817
Telephone: (916) 454-3111
4 | Facsimile: (916) 454-3131

5 | Attorneys for Plaintiff

6

7

8

**IN THE UNITED STATES DISTRICT COURT**

9

**EASTERN DISTRICT OF CALIFORNIA**

10

**BRENDA FIELLEN** ) **Case No.   CIV-09-2496  EFB**
11 )
)
12 )
)
13 )    **STIPULATION AND ORDER**
**Plaintiff,** )    **EXTENDING PLAINTIFF'S TIME TO**
14 )    **FILE MEMORANDUM IN SUPPORT**
**v.** )    **OF SUMMARY JUDGMENT**
15 )
**MICHAEL J. ASTRUE** )
16 **Commissioner of Social Security** )
**of the United States of America,** )
17 )
**Defendant.** )
18 )
)
19

20 | IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the

21 | permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in

22 | this case is hereby extended until July 18, 2010.  This additional extension is required due to Plaintiff's

23 | counsel's impacted briefing schedule.

24

25

26 | / / / /

27 | / / / /

28 | / / / /

1

1  Dated: June 30, 2010                          */s/Bess M. Brewer*
                                                 BESS M. BREWER
2                                                Attorney at Law

3                                                Attorney for Plaintiff

4

5
   Dated: June 30, 2010                          Benjamin B. Wagner
6                                                United States Attorney

7                                                /s/ *Kathryn Watson*
                                                 KATHRYN WATSON
8                                                Special Assistant U.S. Attorney

9                                                Attorney for Defendant

10

11                                    **ORDER**

12  APPROVED AND SO ORDERED.  However, plaintiff is advised that given the length of time since

13  defendant's answer and the administrative transcript were filed, the court is not inclined to grant plaintiff

14  any further extensions in this case absent a showing of substantial cause.

15  DATED:  June 30, 2010.

16

17                                    EDMUND F. BRENNAN
18                                    U.S. MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

2