IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRENDA FIELLEN,

     Plaintiff,                         No. CIV S-09-2496 EFB

     vs.

MICHAEL J. ASTRUE,               ORDER TO SHOW CAUSE
Commissioner of Social Security,

     Defendant.
_____/

     The above-captioned action is proceeding before the undersigned pursuant to the consent of the parties. E.D. Cal. L.R. 305; Fed. R. Civ. P. 73. Plaintiff is represented by attorney Bess M. Brewer. The scheduling order in the action provides that "[f]ailure to comply with any portion of this order may result in the 'imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court.' L.R. 110." Dckt. No. 4. Nonetheless, plaintiff has been granted two separate extensions of time to file a motion for summary judgment, has been warned that no further extensions of time would be granted absent a showing of good cause, and has failed to timely file a summary judgment motion even though the deadline for doing so expired on July 18, 2010. Dckt. No. 16.

     On July 12, 2010, the undersigned issued an order to show cause in three other social security actions in which attorney Bess Brewer represents the plaintiffs. *See* No. CIV S-09-1672

1

EFB, No. CIV S-09-1725 EFB, No. CIV S-09-2054 EFB.  That order to show cause directed the plaintiffs in those actions to show cause why they and/or their attorney should not be sanctioned for failing to timely file motions for summary judgment and/or remand, and plaintiffs' counsel was ordered to appear in person on August 25, 2010 for a hearing regarding the order to show cause.

In light of this pattern of requested extensions and missed deadlines, it is hereby ORDERED that:

1. Plaintiff is ordered to show cause, in writing, on or before August 18, 2010 why her case should not be dismissed for failure to prosecute and why plaintiff and/or plaintiff's counsel should not be monetarily sanctioned for failure to comply with court orders.  *See* L.R. 110 (providing that failure to comply with the Local Rules or a court order "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court.").

2. Plaintiff shall also file a motion for summary judgment and/or remand on or before August 18, 2010.  Failure to timely file the required writings may result in dismissal and the imposition of monetary sanctions.  *See* Fed. R. Civ. P. 41(b).

3. Further, plaintiff's counsel is ordered to appear in person on August 25, 2010 at 10:00 a.m. in Courtroom No. 24 for a hearing regarding this order to show cause (as well as the July 12, 2010 order to show cause).

SO ORDERED.

DATED:  August 3, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2