IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHERYL CARREIRA,

        Plaintiff,                    No. CIV S-09-1672 EFB

    vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.
_____/

REBECCA KREISHER,

        Plaintiff,                    No. CIV S-09-1725 EFB

    vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.
_____/

////

////

////

////

////

| | | |
|---|---|---|
| 1 | TAMMYE BURNHAM, | |
| 2 | Plaintiff, | No. CIV S-09-2054 EFB |
| 3 | vs. | |
| 4 | MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | |
| 5 | | |
| 6 | Defendant._____/ | |
| 7 | BRENDA FIELLEN, | |
| 8 | Plaintiff, | No. CIV S-09-2496 EFB |
| 9 | vs. | |
| 10 | MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | ORDER |
| 11 | | |
| 12 | Defendant._____/ | |

The above-captioned cases are all proceeding before the undersigned pursuant to the consent of the parties. E.D. Cal. L.R. 305; Fed. R. Civ. P. 73. On August 24, 2010, the cases came on for hearing on two orders to show cause issued to plaintiffs' attorney Bess M. Brewer. *See Kreisher v. Astrue*, No. CIV S-09-1725 EFB, Dckt. No. 19; *Carreira v. Astrue*, No. CIV S-09-1672 EFB, Dckt. No. 20; *Burnham v. Astrue*, No. CIV S-09-2054 EFB, Dckt. No. 20; and *Fiellen v. Astrue*, No. CIV S-09-2496 EFB, Dckt. No. 17. Ms. Brewer appeared at the hearing on behalf of plaintiffs; attorney Bobbie J. Montoya.

The orders to show cause issued because, in each of the above-captioned cases, the plaintiff was granted two separate extensions of time to file a motion for summary judgment; in each of the cases, the plaintiff was warned that no further extensions of time would be granted absent a showing of good cause; and in each of the cases, the plaintiff failed to timely file a summary judgment motion even though the deadlines for doing so expired. As stated on the record and for the reasons stated on the record, Ms. Brewer is sanctioned $100.00 per case, for a total of $400.00, as a result of those failures. This sum shall be paid to the Clerk of the Court no

1 later than thirty (30) days from the date of this order.  Ms. Brewer shall file an affidavit
2 accompanying the payment of this sanction which states that it is paid personally by Ms. Brewer,
3 out of personal funds, and is not and will not be billed, directly or indirectly, to her clients or in
4 any way made the responsibility of the clients as attorneys' fees or costs.
5     SO ORDERED.
6 Dated:  August 25, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE