1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   KATHRYN R. WATSON
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8928
       Facsimile:  (415) 744-0134
7      E-Mail: Kathryn.Watson@ssa.gov

8  Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| BRENDA FIELLEN,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:09-CV-02496 EFB<br><br>STIPULATION AND ORDER TO EXTEND TIME |

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, and with the permission of the Court as evidenced below, that the time for responding to Plaintiff's Motion for Summary Judgment be extended 4 days from September 20, 2010 to September 24, 2010. Defendant's counsel has been unable to work due to illness and apologizes for further extending this case.  This is Defendant's first request for an extension of time to respond to Plaintiff's motion.

//

//

//

//

Defendant needs the additional time to further review the file and prepare a response in this matter.

Respectfully submitted,

Dated: September 20, 2010         */s/ Bess M. Brewer*
                                           (As authorized via email)
                                           BESS M. BREWER
                                           Attorney for Plaintiff

Dated: September 20, 2010         BENJAMIN B. WAGNER
                                           United States Attorney
                                           LUCILLE GONZALES MEIS
                                           Regional Chief Counsel, Region IX
                                           Social Security Administration

                                           */s/ Kathryn R. Watson*
                                           KATHRYN R. WATSON
                                           Special Assistant United States Attorney
                                           Social Security Administration

**ORDER**

**SO ORDERED.**

Dated:  September 22, 2010.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE